IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

ENTERED
DEC 1 4 2001
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

HARRY MOORE,
Individually and on behalf of others
Similarly situated,

    Plaintiff,

v.

PHILIP MORRIS COMPANIES, INC.,
a corporation, and
PHILIP MORRIS INCORPORATED,
a corporation,

    Defendants.

Civil Action No. 5:01-CV-120
(Hon. Irene M. Keeley, District Judge)

## STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT PHILIP MORRIS COMPANIES INC. WITHOUT PREJUDICE

WHEREAS, the Complaint filed in this action names as Defendants Philip Morris Companies Inc. and Philip Morris Incorporated, and

WHEREAS, Philip Morris Companies Inc. has filed an answer to the Complaint alleging as an affirmative defense that the Court lacks personal jurisdiction over Philip Morris Companies Inc., and

WHEREAS, counsel for Plaintiff and for Defendant Philip Morris Companies Inc. have agreed, subject to the terms of this Stipulation and Order, that the Complaint against Defendant Philip Morris Companies Inc. shall be dismissed without prejudice,



NOW THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS:

1. The Complaint herein, and all claims that are or could have been asserted herein by the Plaintiff, against Defendant Philip Morris Companies Inc. shall be dismissed without prejudice and without costs.

2. The statute of limitations and any timing-based defenses, if any, applicable to any of the claims in the Complaint against Defendant Philip Morris Companies Inc. shall be tolled from the date of the dismissal of the Complaint without prejudice pursuant to this Stipulation and Order, up to and including the earlier of the date (i) thirty (30) days after the date upon which discovery in this action is closed, (ii) Philip Morris Companies Inc. is added as a defendant to this action pursuant to the terms of this Stipulation and Order, or (iii) the action is dismissed or judgment has been entered in this action.

3. Plaintiff's counsel may move to amend the Complaint herein to add Philip Morris Companies Inc. as a defendant if Plaintiff's counsel, acting in good faith, believe and allege that they have competent evidence that Philip Morris Companies Inc. is subject to the personal jurisdiction of this Court.

4. Philip Morris Companies Inc. reserves all of its rights and defenses to the claims asserted in the Complaint herein, and in the event that Plaintiff's counsel seeks to amend the Complaint to add Philip Morris Companies Inc. as a defendant, Philip Morris Companies Inc. expressly reserves the right to contest the assertion of personal jurisdiction over it.

5. In the event that Plaintiff's counsel seek to amend the Complaint to add Philip Morris Companies Inc. as a defendant, Philip Morris Companies Inc. and Plaintiff agree that, in connection with any renewed motion by Philip Morris Companies Inc. to dismiss

for lack of personal jurisdiction, the parties may use any documents or deposition testimony obtained in discovery, taken to establish personal jurisdiction over Philip Morris Companies Inc., in the case of <u>Susan Miles v. Philip Morris Companies Inc.</u>, Case No. 00-L-112 in the records and files of the Circuit Court, Third Judicial District, Madison County, Illinois (hereinafter the "Miles case"), except discovery deemed "highly confidential information" (as defined in the protective order entered in the Miles case), as if such documents and discovery had been obtained in this case.  In that event, Philip Morris Companies Inc. agrees to make a good faith effort to agree with Plaintiff upon the terms of a protective order substantially in the form entered in the Miles case regarding the confidentiality of discovery, and, upon the entry of the protective order, Philip Morris Companies Inc. will further agree to deem such discovery in the Miles case to be produced in this case, subject to the terms of the protective order.  Nothing herein shall be deemed to preclude Plaintiff from propounding discovery in this case on the jurisdictional issue or from propounding discovery seeking highly confidential information, and Defendants reserve any objections to any such discovery.

Dated: December 12, 2001

STIPULATED AND AGREED:

PHILIP MORRIS COMPANIES INC.
Defendant

BY COUNSEL:

*[signature: Brian Glasser]*

Brian A. Glasser
BAILEY & GLASSER LLP
227 Capitol Street
Charleston, WV 25311
(304) 345-6555

Of Counsel:

Martin Glenn
O'MELVENY & MYERS LLP
153 East 53rd Street
New York, NY 10022-4611
(212) 326-2000

PHILIP MORRIS INCORPORATED,
Defendant

BY COUNSEL:

Of Counsel:

Arthur Newbold
Judy L. Leone
Michael F.R. Harris
Ronni E. Fuchs
DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
(215) 994-4000

*/s/* David Thomas
ALLEN GUTHERIE & McHUGH
1300 Bank One Center
P.O. Box 3394
Charleston, West Virginia 25333-3394
(304) 345-7250

HARRY MOORE,
Individually and on behalf of all others
similarly situated,

Plaintiff

BY COUNSEL:

Of Counsel:

*/s/ Sean P. McGinley*
Rudolph L. DiTrapano
Joshua I. Barrett
Sean P. McGinley
L. Dante DiTrapano
DiTRAPANO BARRETT & DiPIERO, PLLC
604 Virginia Street, East
Charleston, WV  25301
(304) 342-0133

Herbert E. Milstein
Lisa M. Mezzetti
Stephen D. Annand
Molly McGinley Han
COHEN MILSTEIN HAUSFELD &
TOLL, PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C.  20005-3964

Stephen A. Sheller
SHELLER, LUDWIG & BADEY
1528 Walnut Street, 3rd Floor
Philadelphia, PA  19102

William Butterfield
Richard M. Volin
FINKELSTEIN, THOMPSON & LOUGHRAN
1055 Thomas Jefferson St., NW
Suite 601
Washington, DC  20007

Esther E. Berezofsky
WILLIAMS CUKER & BEREZOFSKY
51 Haddonfield Road, Suite 160
Cherry Hill, NJ  07002

Marc C. Saperstein
DAVIS SAPERSTEIN & SALAMON, PC
20 Versey Street
New York, NY  10007

Thomas V. Urmy
SHAPIRO HABER & URMY, LLP
75 State Street
Boston, MA 02109

Gerson H. Smoger
SMOGER & ASSOCIATES, P.C.
3175 Monterey Boulevard
Oakland, CA 94602

RODRIGUEZ & RICHARDS, LLC
The Penthouse
226 West Rittenhouse Square
Philadelphia, PA 19103


IT IS SO ORDERED this 14th day of December, 2001:

_____
Hon. Irene M. Keeley

## CERTIFICATE OF SERVICE

I, BRIAN A. GLASSER, HEREBY certify that a true and correct copy of the foregoing has been furnished by regular U.S. Mail delivery on December __, 2001, to the following:

David Thomas
ALLEN GUTHERIE & McHUGH
1300 Bank One Center
P.O. Box 3394
Charleston, West Virginia 25333-3394

Rudolph L. DiTrapano
Joshua I. Barrett
Sean P. McGinley
L. Dante DiTrapano
DiTRAPANO BARRETT & DIPIERO, PLLC
604 Virginia Street, East
Charleston, WV 25301

Herbert E. Milstein
Lisa M. Mezzetti
Stephen D. Annand
Molly McGinley Han
COHEN MILSTEIN HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964

Stephen A. Sheller
SHELLER, LUDWIG & BADEY
1528 Walnut Street, 3rd Floor
Philadelphia, PA 19102

William Butterfield
Richard M. Volin
FINKELSTEIN, THOMPSON & LOUGHRAN
1055 Thomas Jefferson St., NW
Suite 601
Washington, DC 20007

Esther E. Berezofsky
WILLIAMS CUKER & BEREZOFSKY
51 Haddonfield Road, Suite 160
Cherry Hill, NJ  07002

Marc C. Saperstein
DAVIS SAPERSTEIN & SALAMON, PC
20 Versey Street
New York, NY  10007

Thomas V. Urmy
SHAPIRO HABER & URMY, LLP
75 State Street
Boston, MA  02109

Gerson H. Smoger
SMOGER & ASSOCIATES, P.C.
3175 Monterey Boulevard
Oakland, CA  94602
RODRIGUEZ & RICHARDS, LLC
The Penthouse
226 West Rittenhouse Square
Philadelphia, PA  19103

*/s/ Brian Glasser*

---
Brian A. Glasser  (WVSB# 6597)
BAILEY & GLASSER LLP
227 Capitol Street
Charleston, WV  25311
(304) 345-6555