IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

HARRY MOORE, individually and
on behalf of all others similarly
situated,

        Plaintiff,

v.        //    CIVIL ACTION NO. 5:01CV120
                            (Judge Keeley)

PHILIP MORRIS COMPANIES,
INC., a corporation, and
PHILIP MORRIS INCORPORATED,
a corporation,

        Defendants.

### ORDER GRANTING MOTION TO RESTORE CASE TO ACTIVE DOCKET

On December 14, 2001, the Court entered a Stipulation and Order dismissing one of the two defendants in this case, Phillip Morris Companies, Inc. On November 18, 2002, counsel for plaintiffs filed a motion to restore case to active docket. As ground for the motion, counsel states that the docket sheet incorrectly reflects the entire case was closed. For good cause shown, the Court **GRANTS** the motion. Accordingly the Clerk is directed to restore this matter to the active docket of this court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: November _____21_____, 2002

                                                  /s/ Irene M. Keeley
                                                  IRENE M. KEELEY
                                                  UNITED STATES DISTRICT JUDGE

ENTERED NOV 21 2002 U.S. DISTRICT COURT CLARKSBURG, WV 26301